UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011 CR-FERGUSON

21 U.S.C. 846
21 U.S.C. 841 (a)(1)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES FRANCIS

        Defendant.

FILED by _____ D.C.

JAN 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 24, 1999, in Broward County, in the Southern District of Florida, the defendant,

**JAMES FRANCIS,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base,



commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

JAMES FRANCIS                   **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Superseding Case Information**:
New Defendant(s)         Yes ___   No ___
Number of New Defendants       ___
Total number of counts         ___

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_____
   List language and/or dialect  ___English___

4. This case will take __1__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_       Petty      ___
   II   6 to 10 days     ___       Minor      ___
   III  11 to 20 days    ___       Misdem.    ___
   IV   21 to 60 days    ___       Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes __ No

                                    _____
                                    EDWARD R. RYAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. A5000653

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JAMES FRANCIS            No.:_____

Count # I:
Possession with Intent to Distribute Crack Cocaine;
in violation of 21 USC 841(a)(1) and 18 USC 2

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum;
$2 Million fine

Count # II:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96