AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN   SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JAMES FRANCIS

## WARRANT FOR ARREST

CASE NUMBER: 00-6011-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMES FRANCIS__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21; 18 United States Code, Section(s) 841(a)(1) ; 2

FILED by __ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

_(signature)_
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

# BOND RECOMMENDATION SHEET

James Francis
Defendant

$ Pretrial Detention is recommended.

```
_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA  33394
COURT BAR NO. A500053
TELEPHONE:  (954) 356-7255 EXT. 3514
FACSIMILE:  (954) 356-7228
```

Address of Defendant:

Agent: Randy Temples, Secret Service