

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs   Case No: __00-6011-CR-FERGUSON__

__JAMES FRANCIS_____/

### ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of January, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

