COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: JAMES FRANCIS (J)                    CASE NO: 00-6011-CR-Ferguson
AUSA: Ed Ryan  *present*                   ATTNY:
AGENT: DEA                                 VIOL: 21:841(a)(1); 18:2
PROCEEDING: I/A on Sealed Indictment       BOND REC: PTD
BOND HEARING HELD - yes/no                 COUNSEL APPOINTED: CJA Mickelman
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Case unsealed -
√ - advised of charges
√ - sworn for counsel

FILED by ___ D.C.
JAN 20 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:       TIME:      JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING:      1-26-00      9:30am     BSS
PRELIM/ARRAIGN. OR REMOVAL: 1-26-00   9:30am   BSS
STATUS CONFERENCE: _____

DATE: 1-20-00    TIME: Noon    TAPE # 00-004    PG # 8
                                                 2830-3069