CJA 20 (Rev 4/96)

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. 0859542 |
|---|---|---|---|---|
| 1 ☐ MAG  2 ☐ DIST.  3 ☐ APPEALS  4 ☐ OTHER | | | | |
| 4. APPEALS DOCKET NO | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |

| 8. IN THE CASE OF | | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES |
|---|---|---|---|
| VS | | | |

**10. PERSON REPRESENTED (STATUS)**
1 ☐ DEFENDANT—ADULT   3 ☐ APPELLANT   5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

**11. PROCEEDINGS** (Describe briefly)

**12. PAYMENT CATEGORY**
A ☐ FELONY        C ☐ PETTY OFFENSE   E ☐ OTHER
B ☐ MISDEMEANOR   D ☐ APPEAL

**13. COURT ORDER**
O ☐ Appointing Counsel    F ☐ Subs. for FD
C ☐ Co-Counsel            R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____
Name of prior panel attorney

Appt Date _____ Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ _____
Sig of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

▶ _____    ▶ _____
Date of Order        Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS

**15. WORK PHONE**

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?   ☐ Yes   ☐ No

**16B. SOCIAL SECURITY NO.** (Only provide per instructions)
**16C. EMPLOYER I.D. NO.** (Only provide per instructions)

**16D. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

FILED by ___ D.C.
JAN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | Multiply rate per hour total hours to obtain "In Court" compensation. Enter total below. |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = 75 ) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = ) TOTAL HOURS = | | | $ |
| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | 19A. TOTAL TRAVEL EXP. $ |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ **TO** _____

F ☐ Final Payment   I ☐ Interim Payment No. _____  Has compensation and/or reimbursement for work in this case previously been applied for?  ☐ YES  ☐ NO
If yes, were you paid?  ☐ YES  ☐ NO   If yes, by whom where you paid? _____  How much? _____  Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation?  ☐ YES  ☐ NO
If yes, give details on additional sheets. _____
I swear or affirm the truth or correctness of the above statements ▶ _____  ▶ _____
SIGNATURE OF ATTORNEY/PAYEE                                                    DATE

| | 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT |
|---|---|---|---|---|---|
| APPROVED FOR PAYMENT | $ | $ | $ | $ | $ |
| | 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | | DATE | | 27A. JUDGE/MAG. CODE |
| | 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | | DATE | | 29. TOTAL AMT. APPROVED $ |

**COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA**