# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

**DEFT:** James Francis (J)#  **CASE NO:** 00-6011-CR-Ferguson

**AUSA:** Ed Ryan  *present*  **ATTNY:** Mike Zelman  *present*

**AGENT:** _____  **VIOL:** _____

**PROCEEDING:** Arraignment/PTD  **BOND REC:** _____

FILED by ___ D.C.
JAN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**BOND HEARING HELD –** (yes)/no  **HEARING**  **COUNSEL APPOINTED:** _____

**BOND SET @** $100,000 PSB

**CO-SIGNATURES:** mother, sister, cousin + husband

**SPECIAL CONDITIONS:** _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: **Broward & Dade Counties**
12) Halfway House _____
    Electronic Monitoring _____

* Reside at Dismas House
  No illegal drugs ~~or alcohol~~

Gov't proceeds by proffer

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Agent – Todd Phillips
(sworn)

PTD – denied

* present at Dismas unless working or visiting w/ atty.

**NEXT COURT APPEARANCE:** **DATE:** _____  **TIME:** _____  **JUDGE:** _____

**INQUIRY RE COUNSEL:** _____

**PTD/BOND HEARING:** _____

**PRELIM/ARRAIGN. OR REMOVAL:** _____

**STATUS CONFERENCE:** 2-10-00    11:00am    LSS

**DATE:** 1-26-00    **TIME:** 10:00am    **TAPE #** 00-268    **PG #** 1

947-2629
10