

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6011-CR-Ferguson

UNITED STATES OF AMERICA

vs

James Francis

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-26-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: _____SEE BOND_____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _____Michael Zelman_____

                    Address: _____

                    Telephone: _____

BOND SET/~~CONTINUED~~: $ ___100,000 PSB___

Bond hearing held: yes _X_  no ___ Bond hearing set for _____

Dated this ___26___ day of ___January___, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. ___00-008___

cc: Clerk for Judge
    U. S. Attorney