# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO. 00-6011-Cr-Ferguson

Magistrate Judge Snow

vs.

JAMES FRANCIS,
    Defendant.
_____/

**DEFENDANT'S STATUS REPORT REGARDING BOND**

The defendant, JAMES FRANCIS, hereby notifies the Court of the following circumstances regarding his bond status:

1. On January 26, 2000, Magistrate Judge Seltzer ordered the defendant released upon five $100,000.00 personal surety bonds, one each to be executed by the defendant, his mother (Essie Williams), his sister (Katrina Francis), his cousin (Leola Clark) and his cousin's husband (Herman Clark). As proffered to the court by defense counsel, only his cousin owned a home, with approximately $45,000.00 equity, which was jointly owned with her husband.

2. Following the defendant's release it became clear to defense counsel that the husband of the defendant's cousin would decline to execute a bond. Defense counsel and AUSA Ed Ryan immediately conferred, and it was agreed that within five days defense counsel should file a motion requesting a substitute bond for the cousin's husband.



## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by United States Mail on January 28, 2000.

                                        Respectfully Submitted,

                                        MICHAEL ZELMAN
Counsel for Defendant Francis
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108
Telephone: (305) 358-1600
Fax Number: (305) 447-1290

                                        Michael Zelman
Florida Bar Number 241733