UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00-6011-Cr-Ferguson |
| Plaintiff, | Magistrate Judge Seltzer |
| vs. | |
| JAMES FRANCIS, | |
| Defendant. _____/ | DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND |

The defendant, JAMES FRANCIS, moves without opposition from the government for modification of his bond. The grounds for this motion are as follows:

1. On January 26, 2000, the defendant was released to Dismas House upon conditions set by Magistrate Judge Seltzer. There were to be five $100,000.00 personal surety bonds, one each to be executed by the defendant, his mother (Essie Williams), his sister (Katrina Francis), his cousin (Leola Clark) and his cousin's husband (Herman Clark). As proffered to the court by defense counsel, only his cousin owned a home, with approximately $45,000.00 equity, which was jointly owned with her husband.

2. On January 28, the defense served a status report indicating that Mr. Clark declined to sign a bond and suggesting that another family member be substituted.

3. Since the filing of the status report it has become apparent that there is no additional family member who owns significant property and is available to sign a bond.



4. However, since the defendant's release he has honored all conditions set by the Court. He has met with counsel and is actively participating in his defense. It appears the defendant remains a good candidate for pre-trial release.

WHEREFORE, the defendant requests that his release conditions be modified to require only $100,000.00 personal surety bonds by himself, his mother (Essie Williams), his sister (Katrina Francis) and his cousin (Leola Clark).

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by hand on February 10, 2000.

Respectfully Submitted,

MICHAEL ZELMAN
Counsel for Defendant Francis
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108
Telephone: (305) 358-1600
Fax Number: (305) 447-1290

_____
Michael Zelman
Florida Bar Number 241733