HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___JAMES FRANCIS_____ CASE NO:___00-6011-CR-FERGUSON_

AUSA___ED RYAN_/ *Thompson*____ ATTY__MIKE ZELMAN_ *pres* *+ ape*

*Disc out - no pending motions*          *00-0009*

*nopposed M/ to change bond pending*          *@ 582*

DEFT___FREDDIE PINCKNEY_____ CASE NO:___00-6005-CR-DIMITROULEAS_

AUSA___ED RYAN_/ *Thompson*____ ATTY__DAVID HODGE_ *- in trial*

*Disc out - 2 day trial. - No pending*          *@ 634*

*motions*

DEFT___KENTORICE WILLIAMS, etal_____ CASE NO:___00-6010-CR-FERGUSON_____

AUSA___ED RYAN_/ *Thompson*____ ATTY___CHRIS GRILLO_ *pres*

MICHAEL SMITH, ESQ. FOR VINCENT HUNTER *Smith stood in*

*disc out - Not rec'd yet by cnsl*          *@ 1764*

DEFT *trial March 6   M/due* CASE NO: *2/28*

AUSA *possible plea*_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____

DATE___2-10-00_____ TIME___11:00_____

*19*