UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-FERGUSON

UNITED STATES OF AMERICA,   :

      Plaintiff,   :

v.   :

JAMES FRANCIS,   :

      Defendant.   :



## STATUS REPORT

A status conference was held in this cause on February 10, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and there is a pending motion for bond modification (addressed to Judge Seltzer).

2. This case is ready for trial.

DATED at Fort Lauderdale, Florida, this 11th day of February, 2000.

                                        LURANA S. SNOW
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Edward Ryan (FTL)
Michael Zelman, Esq.

