ERR:hkp

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

### Case No.  00-6011-CR-FERGUSON/Snow

UNITED STATES OF AMERICA,                :

                                          :

vs.                                       :

                                          :

JAMES FRANCIS.                            :

                                          :

_____

## GOVERNMENT'S FIRST
## SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States

Attorney, hereby files this Supplemental Discovery Response pursuant to the Standing Discovery

Response issued in this case.

C., D., E.  Attached, please find copies of the plea agreements, informations and NADDIS

print-outs for Brian Smith and Demetrius Lightfoot.  One or both of these individuals may be

witnesses for the government in the above captioned case.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT U.S ATTORNEY
FLA. BAR NO. A500053
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3514
Facsimilie: (954) 3456-7228
E-Mail Address:
(Edward.Ryan@justice.usdoj.gov)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this /5 day of February 2000, to:

Michael Zelman, Esquire
201 Alhambra Circle, Suite 701
Coral Gables, FL 33134-5108

EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY