UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/

### DEFENDANT FRANCIS' DISCOVERY REQUEST

The defendant requests the following discovery:

1. Written summaries of all experts pursuant to Rule 16(a)(1)(E), Federal Rules of Criminal Procedure, and Local Rule 88.10 (N), United States District Court for the Southern District of Florida.

2. Inspection and copying of all reports of examinations, tests, and experiments pursuant to Rule 16(a)(1)(D), Federal Rules of Criminal Procedure.

### CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney

Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by United States Mail on February 17, 2000.

                Respectfully Submitted,

                MICHAEL ZELMAN
                Counsel for Defendant Francis
                201 Alhambra Circle, Suite 701
                Coral Gables, Florida 33034-5108
                Telephone: (305) 358-1600
                Fax Number: (305) 447-1290

                _____
                Michael Zelman
                Florida Bar Number 241733