# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

U.S.A.

Case No: 00-6011-CR-WDF

vs.

James Francis

TRANSMITTAL LETTER FOR SEALED DOCUMENT

Plaintiff or Defendant
(circle one)

Filed date: 2-23-00

No. Of Documents 2

---

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

---

Docket Clerk: TP
Docket Number(s) 23-24