# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

U.S.A. _____

_____

Case No: _OO - 6OII-CR-WDF_

vs.

James Francis _____

## TRANSMITTAL LETTER FOR SEALED DOCUMENT

Plaintiff or Defendant
(circle one)

Filed date: _2-23-00_

No. Of Documents _2_

## SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk: _____

Docket Number(s): _23-24_