UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JAMES FRANCIS,
    Defendant.
_____/

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO SUPPRESS**

Defendant James Francis moves, with the government's agreement, for a thirty (30) day extension of time to file a motion to suppress in and out-of-court identifications in this case and states in support thereof:

    1.    The defendant is charged with cocaine possession with distributive intent. The magistrate judge set February 23, 2000, as the motion cut-off date.

    2.    The principle government witness, an informant, made an out-of-court photo identification of the defendant. The informant viewed the defendant's photographs, along with several dozen photographs of others, from a large looseleaf notebook maintained by a Fort Lauderdale detective. The detective has been on his honeymoon and has been unavailable to both the government and defense.



3.  Although the defendant has seen the looseleaf notebook, there is an outstanding Brady request which, because of the detective's absence, the government has been unable to respond to. Without the government's response the defense is unable to determine what should be alleged in a motion to suppress.

4.  Allowing more time for the defense to evaluate the information sought in the Brady demand will ultimately save judicial resources as identification issues, if a motion is ultimately made, will undoubtedly then be narrowed.

### CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by United States Mail on February 23, 2000.

Respectfully Submitted,

MICHAEL ZELMAN
Counsel for Defendant
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108
Telephone: (305) 358-1600
Fax Number: (305) 447-1290

_____
Michael Zelman
Florida Bar Number 241733