

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/

## DEFENDANT FRANCIS'
## *EX PARTE* MOTION FOR TRANSCRIPTS

Defendant James Francis moves *ex parte* pursuant to the Criminal Justice Act (CJA) for transcripts to be used at trial. The grounds for this motion are as follows:

1. The defendant is charged with possession of cocaine with distributive intent. He has been declared indigent and counsel has been appointed under the CJA.

2. The defense has identified three government witnesses through discovery. They are Demetrius Lightfoot and Brian Smith, both of whom are informants and have cooperation agreements with the government, and DEA agent Todd Phillips, who is the case agent in prosecutions against Lightfoot and Smith, as well as the defendant in this case. The transcripts sought will assist the defense in preparing for trial and may provide impeachment material should any of the three witnesses testify inconsistently.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4 & S.1B &S.1A1.

3. The transcripts sought are for the following bond, plea, and sentencing hearings:

U.S. v. Lightfoot, 99-6250-cr-Dimitrouleas
    10/20/99        Bond Hearing        tape 99-6061
    11/30/99        Guilty Plea        Carl Schanzleh, court reporter
    2/18/00        Sentencing        Carl Schanzleh, court reporter

U.S. v. Smith, 99-6253-cr-Ryskamp
    10/19/99        Bond Hearing        tape 99-059
    1/5/00        Guilty Plea        Chris Bertling, Court Report

U.S. v. Francis, 00-6011-cr-Ferguson
    2/26/00        Bond Hearing        tape 00-008-947

4. The appropriate CJA forms have been prepared and are being sent to the court reporter administrator, along with a copy of this motion, for proper distribution within the clerk's office. Copies of the forms are attached to this motion.

Respectfully submitted this 21st day of February, 2000.

        MICHAEL ZELMAN
        Counsel for Defendant Francis
        201 Alhambra Circle, Suite 701
        Coral Gables, Florida 33034-5108
        Telephone: (305) 358-1600
        Fax Number: (305) 447-1290

        _____
        Michael Zelman
        Florida Bar Number 241733

CJA 24
(REV. 10/89)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| | |
|---|---|
| VOUCHER NO. | |
| PAID BY | |
| ACCTG. CLASS. NOS. | |
| DATE PAID | |

1. JURISDICTION  1 ☐ MAGISTRATE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER _____
2. MAG. DOCKET NO.
3. DISTRICT DOCKETING NO.: 00-6011-cr-Ferguson
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/CIRCUIT): SD Fla.
6. IN THE CASE OF: U.S. VS. Francis
7. PERSON REPRESENTED: James Francis
8. LOCATION/ORGANIZATION CODE: FLSFL
9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY): Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

U.S. v. Lightfoot plea and sentencing; ~~XXXXXXXX~~ 11/30/99, 2/18/99
99-6250-cr-Dimitrouleas     Carl Schanzleh, reporter

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

▶ [signature]  ▶ 2/21/00
SIGNATURE OF ATTORNEY  Michael Zelman  DATE
ATTORNEY'S TELEPHONE NO. 305-358-1600

1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

▶
SIGNATURE OF JUDGE OR MAGISTRATE

▶
DATE

13. SPECIAL AUTHORIZATIONS

A. Apportion ____ % of transcript with ____
B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript
C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

14. JUDGE'S INITIALS
14. A.
14. B.
14. C.
14. D.

## CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

16. FULL NAME OF PAYEE

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)

19. TELEPHONE NO. AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

23. TOTAL CLAIMED
$

▶                                    ▶
CLAIMANT'S CERTIFICATION    DATE    SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE

24. APPROVED FOR PAYMENT  ▶ _____
SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE

25. AMT. APPROVED
$

CJA 24
REV. 10/89

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| | | | VOUCHER NO. |
|---|---|---|---|
| 1. JURISDICTION | 1. ☐ MAGISTRATE   2. ☒ DISTRICT   3. ☐ APPEALS   4. ☐ OTHER _____ | 2. MAG. DOCKET NO. | PAID BY |
| 3. DISTRICT DOCKETING NO.  00-6011-cr-Ferguson | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT)  SD Fla | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF  U.S. | VS. | Francis | |
| 7. PERSON REPRESENTED  James Francis | | 8. LOCATION/ORGANIZATION CODE  FLSFL | DATE PAID |

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)**

Trial

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)**
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Plea 99-6253-cr-Ryskamp   U.S. v. Smith   1/5/00   Chris Bertling, Court Reporter

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature]   2/21/00

SIGNATURE OF ATTORNEY  Michael Zelman  DATE
ATTORNEY'S TELEPHONE NO.  305-358-1600

1 ☐ FPD    2 ☐ CDO    3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY    5 ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF JUDGE OR MAGISTRATE

DATE

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**

A. Apportion _____ % of transcript with _____ | 14. A.

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B.

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.

D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

**16. FULL NAME OF PAYEE**

**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE**

**18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)**

**19. TELEPHONE NO.**
AREA CODE (   ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION    DATE

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE

**23. TOTAL CLAIMED**
$

**24. APPROVED FOR PAYMENT**

SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE

**25. AMT. APPROVED**
$

| 24 V. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. |
|---|---|---|---|
| JURISDICTION | 1 ☐ MAGISTRATE   2 ☒ DISTRICT   3 ☐ APPEALS   4 ☐ OTHER _____ | 2. MAG. DOCKET NO. | PAID BY |
| DISTRICT DOCKETING NO. 00-6011-cr-Ferguson | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD Fla | ACCTG. CLASS. NOS. |
| IN THE CASE OF | U.S.    VS.    Francis | | |
| PERSON REPRESENTED James Francis | | 8. LOCATION/ORGANIZATION CODE FLSFL | DATE PAID |

PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Trial

PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
1) Bond Hearing 99-6253, 10/19/99, tape 99-059 2) testimony of Todd Phillips at Detention hearing 00-6011, 1/26/00, tape 00-008-947. 3) Bond Hearing 99-6250, 10/20/99, tape 99-061

ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

▶ [signature]   ▶ 2/21/00
SIGNATURE OF ATTORNEY  Michael Zelman   DATE
ATTORNEY'S TELEPHONE NO. 305-358-1600
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

▶ _____
SIGNATURE OF JUDGE OR MAGISTRATE

▶ _____
DATE

SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
--- | ---
A. Apportion ____% of transcript with ____ | 14. A.
B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

16. FULL NAME OF PAYEE

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)

19. TELEPHONE NO. AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| a. Original | | | $ | $ | $ | $ |
| b. Copy | | | $ | $ | $ | $ |
| c. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

23. TOTAL CLAIMED $

▶ _____   ▶ _____   ▶ _____   ▶ _____
CLAIMANT'S CERTIFICATION   DATE   SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE

24. APPROVED FOR PAYMENT

▶ _____    ▶ _____
SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE

25. AMT. APPROVED $