

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/

### JOINT MOTION FOR CONTINUANCE

The defendant and the government jointly move for a continuance of trial, now set for the two week period commencing March 13, 2000, upon the following grounds:

1. The defendant is charged with cocaine possession with distributive intent. He was arraigned on January 26, 2000.

2. Since arraignment both the defense and government have cooperated with each other to resolve discovery issues and other matters. However, due to the recent honeymoon of a Fort Lauderdale detective deeply involved in the case the government has been unable to respond to a Brady demand on the critical issue to be tried–identification of the defendant. Moreover, in just the past few days, the government learned of new information which needs further investigation and which may result in avoidance of trial altogether.



3. This motion is not made for purpose of unnecessary delay but to facilitate a fair and justice resolution of this case.

RESPECTFULLY SUBMITTED:
Ed Ryan
Assistant United States Attorney
500 E. Broward Boulevard
Ft. Lauderdale, FL 33301

Michael Zelman
Counsel for Defendant
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108

_____
Michael Zelman

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by United States Mail on March 3, 2000.

MICHAEL ZELMAN
Counsel for Defendant
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108
Telephone: (305) 358-1600
Fax Number: (305) 447-1290

_____
Michael Zelman
Florida Bar Number 241733