```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA                 CASE NO. 00-6011-CR-FERGUSON

      Vs.

JAMES FRANCIS,
_____/

### ORDER OF RECUSAL

    The undersigned district judge, to whom the above-styled case has been assigned, hereby recuses himself and refers this case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

    DONE AND ORDERED at Fort Lauderdale, Florida this _1st_ day of March 2000.

                                      WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

              \*    \*    \*    \*    \*    \*

    In accordance with the Local Rules for the Southern District of Florida providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States District Judge _William P. Dimitrouleas_

    Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number and designation:

_00-6011-CR-WPD_ .

    By order of the Court this _9th_ day of _March, 2000_ .

                                    CLARENCE G. MADDOX, III
                                    Clerk of Court/
                                    Court Administrator

                                    Deputy Clerk

cc:
Clerk of Court
Ed Ryan, AUSA
Michael Zelman, Esq

