UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6011-CR-WPD
Magistrate Judge Snow

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JAMES FRANCIS,
    Defendant.
_____/

**DEFENDANT FRANCIS'
CONSENT TO CONTINUANCE**

Defendant James Francis hereby consents to a continuance of trial, now set for the two week period beginning March 13, 2000, as being in his best interest.

                                                     _____
                                                         James Francis

STATE OF FLORIDA    )
                              ) SS:
COUNTY OF DADE    )

The foregoing instrument was acknowledged before me this _15_ day of March, 2000, who is personally known to me or who has produced a _Florida Identification_ as identification.





## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to: Ed Ryan, United States Attorney Office, 500 E. Broward Boulevard, Ft. Lauderdale, FL 33301, by United States Mail on March 15, 2000.

                                    Respectfully Submitted,

                                    MICHAEL ZELMAN
Counsel for Defendant
201 Alhambra Circle, Suite 701
Coral Gables, Florida 33034-5108
Telephone: (305) 358-1600
Fax Number: (305) 447-1290

                                    _____
Michael Zelman
Florida Bar Number 241733