UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6011-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/

FILED by ___ D.C.

MAR 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's March 23, 2000 Motion To Suppress In and Out-Of-Court Identifications, the Court sets an evidentiary hearing for April 7, 2000 at 1:00 P.M. Defendant's Agreed Motion For Extension of Time to File Motion to Suppress [DE-25] is Denied as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Zelman, Esquire
Suite 701, SunTrust Plaza
201 Alhambra Circle
Coral Gables, FL 33134-5108

Ed Ryan, AUSA

