PS 8
(8/88)



# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. JAMES FRANCIS                Docket No. 00-6011-CR-Dimitrouleas

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JAMES FRANCIS, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in the Court at FT. LAUD., on JANUARY 26, 2000, under the following conditions:

Reside at Dismas House, no passport, no law violations. drug testing and treatment, report to PTS as directed, remain employed, no contact with victims/witnesses, travel limited to Broward and Dade.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, marijuana, as evidenced by urinalysis testing conducted on 2/27/00, 3/2/00 and 3/8/00 and confirmed by Pharmchem Labs.

PRAYING THAT THE COURT WILL ORDER THAT DEFENDANT BE NOTICED TO APPEAR FOR A BOND VIOLATION HEARING PURSUANT TO 18 U.S.C. 3148 TO DETERMINE IF BOND WILL BE REVOKED.

ORDER OF COURT                                         Respectfully,

Considered and ordered this 4th day of April, 2000 and ordered filed and made a part of the records in the above case.

Hon. Barry S. Seltzer
U.S. District Judge/Magistrate

James T. Jamros
U.S. Pretrial Services Officer

Place: FT. LAUD.

Date: March 23, 2000