UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6011-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/

FILED by ___ D.C.
APR 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Pre-Trial Services April 4, 2000 Petition For Action On Conditions of Pretrial Release, this Court sets an evidentiary hearing for April 7, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James T. Jamros, U.S. Pretrial Services Officer

Edward Ryan, AUSA

Michael Zelman, Esquire
201 Alhambra Circle, #701
Coral Gables, Florida 33134-5108