ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6011-CR-~~FERGUSON~~ WPD /Snow

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : |
| JAMES FRANCIS. | : |

## GOVERNMENT'S SECOND
## SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Second Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

H. Please be advised that the government intends to introduce evidence at trial that the defendant was involved in a crack cocaine transaction involving Brian Smith and Demetrius Lightfoot on or about June 12, 1999. It is the government's position that such evidence is



inextricably intertwined with the charged offense. However, in the alternative, the government would argue that such evidence is admissible under Rule 404(b).

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
EDWARD R. RYAN (Court Bar #A500053)
ASSISTANT U.S. ATTORNEY
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3514
Facsimilie: (954) 3456-7228
E-Mail Address:
(Edward.Ryan@justice.usdoj.gov)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this ___6___ day of April, 2000, to:

Michael Zelman, Esquire
201 Alhambra Circle, Suite 701
Coral Gables, FL 33134-5108

_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY