# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED _____ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6011-CR-WPD    DATE: April 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   James Francis

U.S. ATTORNEY: Ed Ryan    DEFT. COUNSEL: Michael Zelman

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Motion to Suppress or Change of plea to be heard Thurs afternoon @ 1:02

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

