UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6011-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.
_____/



**ORDER**

THIS CAUSE having been heard upon Pre-Trial Services April 4, 2000 Petition For Action On Conditions of Pretrial Release and this Court having conducted an evidentiary hearing on April 7, 2000, said petition is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James T. Jamros, U.S. Pretrial Services Officer

Edward Ryan, AUSA

Michael Zelman, Esquire
201 Alhambra Circle, #701
Coral Gables, Florida 33134-5108

