AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMES FRANCIS

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6011-CR-~~Dimitrouleas~~

FILED by _____ D.C.

APR 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

I, JAMES FRANCIS, the above named defendant, who is accused of using a communication facility, a telephone, in the commission of and to facilitate the commission of acts constituting a violation of Title 21, United States Code, Section 846, that is, a conspiracy to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, containing cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 843(b), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 7, 2000 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JAMES FRANCIS
Defendant.

_____
Michael Zelman
Counsel for Defendant

Before _____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT