ERR:hkp

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

Case No. **00-6011-CR-Dimitrouleas(s)/Snow**
21 U.S.C. §843(b)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : |
| JAMES FRANCIS. | : |

FILED by _____ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

On or about September 24, 1999, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### JAMES FRANCIS,

did knowingly and intentionally use a communication facility, a telephone, in the commission of and to facilitate the commission of acts constituting a violation of Title 21, United States Code, Section 841(a)(1), that is, possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, containing cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

_/s/ Steven R. Petri_
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_/s/_
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO.    00-6011-CR-Dimitrouleas(s)

V.

JAMES FRANCIS    **Superseding Case Information**:

**Court Division**: (Select One)

|  | New Defendant(s) | Yes ___ | No _X_ |
|---|---|---|---|
|  | Number of New Defendants |  | 0 |
| ___ Miami  ___ Key West | Total number of counts |  | 1 |
| _X_ FTL  ___ WPB ___ FTP |  |  |  |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect    _English_

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   | I   | 0 to 5 days       | _X_ | Petty   | ___ |
   |-----|-------------------|-----|---------|-----|
   | II  | 6 to 10 days      | ___ | Minor   | ___ |
   | III | 11 to 20 days     | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days     | ___ | Felony  | _X_ |
   | V   | 61 days and over  |     |         |     |

6. Has this case been previously filed in this District Court? (Yes or No) _YES_
   If yes:
   Judge: _Ferguson_    Case No. _00-6011-CR-FERGUSON_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5000053

*Penalty Sheet(s) attached    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __JAMES FRANCIS__   No.: __00-6011-CR-Dimitrouleas(s)__

Count # I:
Using a communication facility, a telephone, in the commission of and to facilitating the commission of acts constituting a violation of 21:846; in violation of 21:843(b)

*Max Penalty: Maximum 8 years' imprison; and a fine of $60,000.

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96