Lisa,
please docket
arraignment
on Superceding
Info. Same
the charge
of plea.
Thanks,
Karen

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by HO D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6011-CR-WPD   DATE: April 7, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  James Francis

U.S. ATTORNEY: Ed Ryan     DEFT. COUNSEL: Michael Zelman

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to plead guilty to Superceding Information, which the gov't has just filed. Deft agrees to waiver of Indictment. Court accepts waiver of Indictment.
* Deft arraigned on Superceding Information.

JUDGMENT: Court accepts guilty plea. Court allows deft to remain on bond.

CASE CONTINUED TO: 6/16/00   TIME: 11:15   FOR: Sentencing

MISC: Superceding Information filed. Waiver of Indictment filed. Written plea agreement filed.

