UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.   00-6011-Cr-Dimitrouleas/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES FRANCIS,

    Defendant.

FILED by _____ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant James Francis.

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Date:

cc:   AUSA Edward R. Ryan
      U.S. Marshals Service
      DEA S/A Todd Phillips — VIA AUSA