```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                       FORT LAUDERDALE DIVISION
```

FILED by \_\_\_\_ D.C.
CT REP. \_\_\_\_
APR 27 2000
CLARENCE MADDOX
CLERK U.S DIST CT.
S.D. OF FLA. - MIAMI

```
5    UNITED STATES OF AMERICA,        No.: 00-6011-CR-FERGUSON

6               Plaintiff,            January 26, 2000
                                      Fort Lauderdale, Florida
7         v.

8    JAMES FRANCIS,

9               Defendant.                   ORIGINAL
10   _____/

11

12       TRANSCRIPT OF ARRAIGNMENT/PRETRIAL DETENTION HEARING
               BEFORE THE HONORABLE BARRY S. SELTZER,
13                UNITED STATES MAGISTRATE JUDGE.

14

15   APPEARANCES:

16   For the Plaintiff:         EDWARD RYAN
                                Asst. U.S. Attorney
17                              Fort Lauderdale, Florida

18   For the Defendant:         MICHAEL ZELMAN, Esq.
                                328 Minorca Avenue
19                              Coral Gables, Florida

20
     Transcriber:               S. Cullison
21
```

                    Accurate Reporting Services, Inc.
                              Third Floor
                        172 West Flagler Street
                         Miami, Florida 33130