UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6011-CR-DIMITROULEAS

JAMES FRANCIS

---

TYPE OF CASE:        CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **MAY 16, 2000 AT 1:15 P.M.**

---

TYPE OF        STATUS OF BOND
HEARING:

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

DATE:   May 10, 2000              BY DEPUTY CLERK

cc: Edward Ryan, AUSA
    Michael Zelman, Esq.
    James Jamros, USPO

