PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
# SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAY 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs. JAMES FRANCIS                    Docket No. 00-6011-CR-Dimitrouleas (s)

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant JAMES FRANCIS, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in the Court at FT. LAUD., on JANUARY 26,2000, under the following conditions:

Reside at Dismas House, no passport, no law violations, drug testing and treatment, report to PTS as directed, remain employed, no contact with victims/witnesses, travel limited to Broward and Dade.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, marijuana, as evidenced by urinalysis testing conducted on 3/15/00, 4/3/00 and 4/24/00 and confirmed by Pharmchem Labs.

The defendant was unsuccessfully terminated from Dismas Charities Halfway House on or about May 9, 2000.

PRAYING THE COURT WILL ORDER THAT BOND BE REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT                              Respectfully,

Considered and ordered this ___10___ day
of ___May___, 2000 and ordered filed
and made a part of the records in the above      _____
case.                                         James T. Jamros
                                              U.S. Pretrial Services Officer
_____
Hon. William P. Dimitrouleas                  Place: FT. LAUD.
U.S. District Judge                           Date: May 10, 2000