AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**



**United States of America**
v
**JAMES FRANCIS**

## WARRANT FOR ARREST

**Case Number: 00-6011-CR-Dimitrouleas (s)**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JAMES FRANCIS _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment　☐ Information　☐ Complaint　☐ Order of Court　X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, marijuana, as evidenced by urinalysis testing conducted on 3/15/00, 4/3/00 and 4/24/00 and confirmed by Pharmchem Labs.

The defendant was unsuccessfully terminated from Dismas Charities Halfway House on or about May 9, 2000.

in violation of Title __18__　　United States Code, Section(s) __3148__

| JAMES T. JAMROS | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | May 10, 2000, Fort Lauderdale, FL. |
| | Date and Location |
| Bail fixed at $ NONE | by _____ |
| | Hon. William P. Dimitrouleas, U.S. District Judge |
| | Name of Judicial Officer |

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |