# COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

| | |
|---|---|
| DEFT: JAMES FRANCIS (J)# | CASE NO: 00-6011-CR-Dimtrouleas (s) |
| AUSA: Ed Ryan / Kaplan | ATTNY: Mike Zelman *not present* |
| AGENT: | VIOL: Bond Violation |
| PROCEEDING: Initial on Violation | BOND REC: No Bond |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED:

FILED by ___ D.C. MAY 1 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS: ___ 1 – advised of charges

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
   ___ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTO/BOND HEARING: revocation | 5-15-00 | 11:00an | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | | | |

DATE: 5-12-00    TIME: 9:00am    TAPE # 00-036   PG #

3402 – 3592