## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6011-CR-WPD    DATE: May 16, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    James Francis

U.S. ATTORNEY: Teresa Van Vliet    DEFT. COUNSEL: Michael Zelman

REASON FOR HEARING: Status re: Bond

RESULT OF HEARING: Issue moot as deft voluntarily surrenders to custody and will remain so pending sentencing.

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

