# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

CJA 24 (REV. 10/99)

VOUCHER NO. FLST2000-207

**1. JURISDICTION:** ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS  ☐ OTHER
**2. MAG. DOCKET NO.:**
**PAID BY:** MKC - 5/17/00
**3. DISTRICT DOCKETING NO.:** 00-6011-cr-Ferguson
**APPEALS DOCKET NO.:**
**5. FOR (DISTRICT/CIRCUIT):** SD Fla
**ACCTG. CLASS. NOS.:**
**6. IN THE CASE OF:** U.S. vs. Francis
**7. PERSON REPRESENTED:** James Francis
**8. LOCATION/ORGANIZATION CODE:** FLSFL
**DATE PAID:** 5/18/00

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY):**
Trial

**10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY):**
MINUTES ATTACHED
1) Bond Hearing 99-6253, 10/19/99, tape 99-059-388
2) testimony of Todd Phillips at Detention hearing 00-6011, 1/26/00, tape 00-008-947.
3) Bond Hearing 99-6250, 10/20/99, tape 99-061-1567

**11. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: Michael Zelman   DATE: 2/21/00
ATTORNEY'S TELEPHONE NO.: 305-358-1600
☐ FPD  ☐ CDO  ☒ PANEL ATTORNEY  ☐ RETAINED ATTORNEY  ☐ PRO SE

**12. COURT ORDER**
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 14 is hereby granted.

SIGNATURE OF JUDGE OR MAGISTRATE
DATE: 3/13/00

FILED by ___ D.C.
CT. REP.

MAY 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**13. SPECIAL AUTHORIZATIONS** | **14. JUDGE'S INITIALS**
A. Apportion ___ % of transcript with ___ | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS:** ☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other
**16. FULL NAME OF PAYEE:** Accurate Court Reporting
**17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE:** 54-1154124
**18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE):** 172 W F Taylor St, Miami FL 33130
**19. TELEPHONE NO.:** AREA CODE (305) NUMBER 371-1531

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original 1/26 | 1-40 | 40 | $3.00 | $120.00 | | $132.75 |
| B. Copy 10/19 | 1-a | 17 | $.75 | $12.25 | | |
| 10/20 | 1-7 | | | | | |
| C. Expenses (Itemize): | | | | | | $ |

**21. CLAIMANT'S CERTIFICATION**
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION   DATE: 4/26/00

**22. CERTIFICATION OF ATTORNEY OR CLERK**
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT: Myrna Z McKinney   DATE: 5/1/00

**23. TOTAL CLAIMED:** $132.75

**24. APPROVED FOR PAYMENT**
SIGNATURE OF PRESIDING JUDICIAL OFFICER
DATE: 5/1/00

**25. AMT. APPROVED:** $132.75