## United States District Court
### for the
### Southern District of Florida

United States of America
v
**JAMES FRANCIS**

## WARRANT FOR ARREST

Case Number: 00-6011-CR-Dimitrouleas (s)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JAMES FRANCIS _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant did violate the law and/or illegally possess a non-physician prescribed substance, specifically, marijuana, as evidenced by urinalysis testing conducted on 3/15/00, 4/3/00 and 4/24/00 and confirmed by Pharmchem Labs.

The defendant was unsuccessfully terminated from Dismas Charities Halfway House on or about May 9, 2000.

in violation of Title __18__ United States Code, Section(s) __3148__

JAMES T. JAMROS | United States Pretrial Services Officer
Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | May 10, 2000, Fort Lauderdale, FL.
 | Date and Location

Bail fixed at $ __NONE__ | by _____
 | Hon. William P. Dimitrouleas, U.S. District Judge
 | Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/12/2000 | | 5-17-00 |
| DATE OF ARREST 5/12/2000 | James A. Tassone, US Marshal | Michael Gloetzner, DUSM |