**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6011-R-WPD   DATE: June 16, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   _____

U.S. ATTORNEY: Ed Ryan   DEFT. COUNSEL: _____

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed:
4 years month BOP, 1 year Supervised
Release, no fine, 8/00 a defendant

That defendant be designated
to a facility in SO/FL and one where
JUDGMENT: drug treatment is available

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____