DEFENDANT: **JAMES FRANCIS**
CASE NUMBER: **0:00CR06011-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __48__ month(s).

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to a facility in South Florida and one in which drug treatment is available.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __06-23-2000__ to __Federal Detention Center - Miami__

at __33 N.E 4th St Miami, Fl.__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __XClark, LTE__
   ~~Deputy U.S. Marshal~~