PROB 12C  
(SD/FL 9/96)  
The Honorable William P. Dimitrouleas, Judge  
Petition for James Francis  
Page 2

SD/FL PACTS No. 62492

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6011-CR-Dimitrouleas

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: James Francis

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: June 16, 2000

| | |
|---|---|
| Original Offense: | Use of a Communication Facility to Facilitate a Drug Offense, in violation of Title 21, U.S.C. §843(b), a Class "E" felony. |
| Original Sentence: | Forty-eight (48) months custody of the Bureau of Prisons, followed by one (1) year supervised release. The following Special Conditions were imposed: (1) the defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. Participation may include in-patient/out-patient treatment, if deemed necessary. The defendant will contribute to the cost of services rendered (co-payment) in an amount determined by the probation officer, based on the ability to pay or availability of third party payment; and (2) the defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including, but not limited to pay stubs, contractual agreements, W-2 wage and earning statements, and other documents requested by the U.S. Probation Office. |

Type of Supervision: Supervised Release          Date Supervision Commenced: October 25, 2002

Assistant U.S. Attorney:          Defense Attorney:  
Edward R. Ryan                    Michael Zelman

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C  SD/FL PACTS No. 62492
(SD/FL 9/96)
The Honorable William P. Dimitrouleas, Judge
Petition for James Francis
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|

1. **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about April 4, 2003, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Inc., on April 13, 2003.

2. **VIOLATION OF MANDATORY CONDITION, by unlawfully possessing or using a controlled substance.** On or about April 8, 2003, the defendant submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory, and was subsequently confirmed positive by PharmChem Laboratories, Inc.

U.S. Probation Officer Recommendation:
 [X] The term of supervision should be
 [X] revoked.

Respectfully submitted,

by  John E. Minnelli
 U.S. Probation Officer
 Phone: (954) 769-5536
 Date: May 1, 2003

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

THE COURT ORDERS:
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

May 5, 2003
Date