PROB 19a  SD/FL PACTS No. 62492

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED BY _MG_ D.C.
2003 MAY -6 PM 2:32

CASE NO. 00-6011-CR-Dimitrouleas

U.S.A. vs **JAMES FRANCIS**

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| **WARRANT FOR ARREST OF SUPERVISED RELEASEE** | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>James Francis | SEX<br>Male | RACE<br>Black | AGE<br>28 |
| ADDRESS (STREET,CITY,STATE)<br>417 SW 1 Court, #203<br>Pompano Beach, FL 33060 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA | | DATE IMPOSED<br>6/16/2000 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br>FORT LAUDERDALE, FLORIDA | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>MAY - 6 2003 | |

| **RETURN** | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | Certified to be a true and correct copy of the document on file<br>Clarence Maddox, Clerk,<br>U.S. District Court<br>Southern District of Florida<br>By _____ Deputy Clerk<br>Date 5/6/03 |
| NAME | (BY) | |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

