UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55150-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6011-CR-Dimitrouleas
) REPORT COMMENCING CRIMINAL  D.C.
-vs- ) ACTION      INTAKE
)           MAY 9 - 2003
FRANCIS, JAMES )         CLARENCE MADDOX
        Defendant     CLERK U.S. DIST. CT.
*********************************************  S.D. OF FLA. - FT. LAUD.
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 0615  (am)/pm  5-9-03

(2) Language Spoken: English

(3) Offense(s) Charged: Probation violation -> use of dangerous drugs

(4) U.S. Citizen [ ](Yes)  [ ] No   [ ] Unknown

(5) Date of Birth: 12-12-74

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 5-9-03   (9) Arresting Officer: J Rezzo

(10) Agency: USMS   (11) Phone: 954-356-7256

(12) Comments: _____