PROB 19a                                                          SD/FL PACTS No. 62492

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6011-CR-Dimitrouleas</u>

U.S.A. vs **JAMES FRANCIS**

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

44 6228

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| James Francis | Male | Black | 28 |

ADDRESS (STREET, CITY, STATE)
417 SW 1 Court, #203
Pompano Beach, FL 33060

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | 6/16/2000 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE, FLORIDA

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | *[signature]* | MAY - 6 2003 |

## RETURN

| Warrant received and executed. | DATE RECEIVED 5-8-03 | DATE EXECUTED 5-9-03 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
U.S. MARSHALS SERVICE
299 E BROWARD BLVD #312
FT LAUDERDALE, FL 33301

NAME CHRISTINA PHARO, U.S. MARSHAL S/D FL   (BY) Jerome Rezzo *[signature]*

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By *[signature]* Deputy Clerk
Date 5-9-03

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."