## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: JAMES FRANCIS (J)#   CASE NO: 00-6011-CR-Dimitrouleas
AUSA: Ed Ryan /Wallem   ATTY: Tim Day
AGENT: USPO: John Minelli /Jim Comer   VIOL: Violation of Supervised Release
PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND:

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: APD
BOND SET @: $50,000 PSB   To be cosigned by:

FILED by ___ D.C.
MAY 9 - 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- [✓] Do not violate any law.
- [✓] Appear in court as directed.
- [✓] Surrender and / or do not obtain passports / travel documents.
- [✓] Rpt to USPO as directed / or ___ x's a week/month by phone; 2 x's a week/month in person.
- [✓] Random urine testing by USPO. Treatment as deemed necessary.
- [✓] Maintain or seek full - time employment.
- [ ] No contact with victims / witnesses.
- [✓] No firearms. no illegal drugs or excessive alcohol
- [ ] Curfew: ___
- [✓] Travel extended to: SD/FL
- [✓] Reside at current address
- [ ] Halfway House ___

+ Advised of Charges
+ Sworn for Counsel

+ Final Revocation before Judge Dimitrouleas

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 5-9-03   TIME: 11:00am   FTL/BSS TAPE # 03-039   Begin: 1656   End: