UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



MAY 16 2003

UNITED STATES OF AMERICA

V.  CASE NO. 00-6011-CR-DIMITROULEAS

JAMES FRANCIS

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**May 29, 2003 AT 9:45 A.M.**

TYPE OF
HEARING:   Final Revocation/Sentencing on Violation of Supervised Release

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 16, 2003

cc:   Edward Ryan, AUSA
Robert Berube, AFPD
John Minelli, USPO

