# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6011-CR-WPD   DATE: May 29, 2003

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Jen Minelli   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. James Francis

U.S. ATTORNEY: Ed Ryan, Michael Walleisa   DEFT. COUNSEL: Bob Berube

REASON FOR HEARING: Final Revocation / Sentencing

RESULT OF HEARING: Violation of Supervised Release. Deft admits violations. Supervised Release is Revoked. Deft Sentenced to 4 months BOP. No further sanctions ~~of Supervised~~ are imposed. Deft remanded to custody. Court recommends designation to FCI Miami.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft Informed of Right to Appeal.