UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6011-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

JAMES FRANCIS,
           Defendant.
_____/

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Michael Walleisa, United States Attorney's Office, 500 E. Broward Blvd, Suite 700, Fort Lauderdale, FL 33394.

                                 Respectfully submitted,

                                 MARCOS DANIEL JIMENEZ
                                 UNITED STATES ATTORNEY

By:                          _____
                                 EDWARD R. RYAN
                                 Assistant United States Attorney
                                 Court # A500053
                                 500 E. Broward Blvd., Suite700
                                 Telephone Number (954)356-7255
                                 Fax Number (954) 356-7336



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2 day of July, 2003 to: Robert Berube, FPD, One East Broward Blvd., Suite 1100, Fort Lauderdale, FL 33301.

_____
EDWARD R. RYAN
Assistant United States Attorney

cc:  Pretrial Services
     Case Agent