00-6011-CR-WPD

FILED BY _____
03 AUG -5 AM 9:15
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA.

Defendant delivered on 6/18/03 to Federal Detention Center at Miami, Florida, the Institution designated by the Attorney General, with a certified copy of the Judgment and Commitment

R.L. Stiff, Warden
_____
Warden

By: R. Vesey, LTE

RECEIVED
UNITED STATES MARSHAL
2003 MAY 29 PM 1:01
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAY 29 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6011-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

JAMES FRANCIS  55150-004

SS# 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
DOB: 12/12/1974

JUDGMENT & COMMITMENT UPON
REVOCATION OF SUPERVISED
RELEASE

THIS CAUSE came before the Court on the 28th day of May, 2003 for final hearing for the revocation of the defendant's Supervised Release.

On the 16th day of June, 2000, this Court sentenced the defendant to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Release, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by the Court be and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of Four (4) Months. No further conditions of supervised release are imposed. The Court recommends to the Bureau of Prisons that the defendant be designated to FCI Miami, Florida.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 29 day of May, 2003.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5/29/03

WILLIAM P. DIMITROULEAS
United States District Judge

cc: MichaelWalleisa, AUSA
    Robert Berube, AFPD
    John Minelli, USPO
    U.S. Marshal  (3 certified copies)

Case 0:00-cr-06011-WPD   Document 69   Entered on FLSD Docket 08/06/2003   Page 3 of 3